UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DAVID J. WIDI, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:11-cv-00113-JAW |
| | ) | |
| JUSTICE, U.S. DEPARTMENT OF, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on September 14, 2011 her Recommended Decision (Docket # 23). The Plaintiff filed his objections to the Recommended Decision on October 5, 2011 (Docket # 25). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further <u>ORDERED</u> that the Amended Complaint (Docket # 19) be summarily <u>DISMISSED</u> as to all defendants, except for Tino LNU, Mike LNU, and Kathy Nadeau.

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 18th day of October, 2011